UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WANDA SAVAGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:15-CV-00791-CRC |
| ) | ECF |
| ERIC D. HARGAN., Sec'y ) | |
| Dep't of Health and Human Services, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE

Please see ECF No. 104.

December 22, 2017

Respectfully submitted,

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Civil Chief

By: _____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. B Civil Division
Washington, D.C. 20530
(202) 252-2562

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that I caused copies of the foregoing Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Leave to be served on Plaintiff's counsel via ECF.

/s/
KENNETH ADEBONOJO